PAE-AO 243 (Rev. 05/2018)                                                                                              Page 3

U.S. DISTRICT COURT

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE
BY A PERSON IN FEDERAL CUSTODY**

2023 MAY 4 P 12: 13

| United States District Court | District  New Jersey 3 | |
|---|---|---|
| Name (under which you were convicted):<br>ANKUR AGARWAL | | Docket or Case No.:<br>19-cr-770 |
| Place of Confinement:  FORT DIX FEDERAL CAMP<br>P.O. BOX 2000, Joint Base MDL, N.J. 08640 | Prisoner No.:<br>71563-050 | |
| UNITED STATES OF AMERICA<br>V.   ANKUR AGARWAL | Movant (include name under which convicted) | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:_____
   UNITED STATES DISTRICT COURT - District of New Jersey

   50 Walnut Street, Room 4015   Newark, N.J. 07102

   _____

   (b) Criminal docket or case number (if you know):  19-cr-770

2. (a) Date of the judgment of conviction (if you know): September 3, 2020

   (b) Date of sentencing: September 1, 2020

3. Length of sentence: 94 Months Imprisonment; 3 yrs sup.rel.,$300 asses, and a
   $25,000.00 Fine.

4. Nature of crime (all counts): INFORMATION - Counts One and Two - Computer Fraud and
   Abuse, in violation of 18, U.S.C., §§ 1030(a)(2) and 1030(c)(2)(B)(iii);and
   Ct#3 - Aggravated Identity Theft in violation of 18, U.S.C., § 1028A(a)(1).

   _____

   _____

   _____

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐      (2) Guilty ☒      (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   what did you plead guilty to and what did you plead not guilty to? _____

   _____

   _____

   _____

   _____

Page 4

6.  If you went to trial, what kind of trial did you have?  (Check one)        Jury ☐    Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☒    No ☐

8.  Did you appeal from the judgment of conviction?                            Yes ☒    No ☐

9.  If you did appeal, answer the following:
    (a) Name of court:  United States Court of Appeals for the Third Circuit
    (b) Docket or case number (if you know):  20-2890
    (c) Result:  Judgment Affirmed
    (d) Date of result (if you know):  February 3, 2022
    (e) Citation to the case (if you know):  United States v. Agarwal, 24 F.4th 886 (3rd Cir. 2022)
    (f) Grounds raised:  2022)  Unknowing or Involuntary Guilty Plea.

    _____
    _____
    _____
    _____
    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐    No ☒

    If "Yes," answer the following:
    (1) Docket or case number (if you know): _____
    (2) Result: _____
    (3) Date of result (if you know): _____
    (4) Citation to the case (if you know): _____
    (5) Grounds raised: _____
    _____
    _____
    _____
    _____
    _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or
    applications, concerning this judgment of conviction in any court?        Yes ☒    No ☐

PAE-AO 243 (Rev. 05/2018)                                                                                        Page 5

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: <u>United States District Court - District of New Jersey</u>

       (2) Docket or case number (if you know): <u>19-cr-770</u>

       (3) Date of filing (if you know): <u>April 26, 2022</u>

       (4) Nature of the proceeding: <u>Opposition to Turnover of Funds</u>

       (5) Grounds raised: <u>United States not entitled to seized prison account</u>
                    <u>Funds.</u>

       (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

                  Yes ☐      No ☒

       (7) Result: <u>Affirmed in Favor of Government.</u>

       (8) Date of result (if you know): <u>May 27, 2022</u>

    (b) If you filed any second motion, petition, or application, give the same information:

       (1) Name of court: _____

       (2) Docket of case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4) Nature of the proceeding: _____

       (5) Grounds raised: _____

       (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

                  Yes ☐      No ☐

       (7) Result: _____

       (8) Date of result (if you know): _____

PAE-AO 243 (Rev. 05/2018)                                                                    Page 6

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐    No ☒
(2) Second petition:   Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____
_____
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Ineffective Assistance of Counsel _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
On April 25, 2018, a Criminal Complaint was filed against Ankur Agarwal

("Agarwal") charging him with Computer Fraud and Abuse, in violation of

18, U.S.C., § 1030 and Aggravated Idedntity Theft, in violation of 18,

U.S.C., § 1028A(a)(1). On April 26, 2018, Agarwal was arrested on the

Criminal Complaint. After an appearance before a United States Magist-

rate Judge, Agarwal was released on a $100,000 Unsecured Appearance Bond.

On April 30, 2018, the Court entered a "nunc pro tunc" Continuance of

Agarwal's "30-Day" Speedy Trial Right under the Speedy Trial Act of 1974

and thereafter, the Court entered eight(8) additional Continuances delaying

the Government's obligation to bring an Indictment or Information against

(b) Direct Appeal of Ground One: (SeeContinuation Page 6a, attached)

(1) If you appealed from the judgment of conviction, did you raise this issue?    Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective Counsel

_____
_____

Agarwal within the mandatory "30-Day" period in the Act. After a delay
of aproximately one and a half($1\frac{1}{2}$) years, the Government finally came
with an INFORMATION charging Agarwal as specified in the COMPLAINT.
The INFORMATION WAS DATED October 22, 2019. On the same day as the
Information, Agarwal was presented with a "waiver of indictment" which
he signed on advice of counsel. He, also, entered an Application for
permission to enter a guilty plea which, again, he signed on advice
of counsel.  Additionally, on October 22, 2019, Agarwal signed a Plea
Agreement on advice ofcounsel and entered a Guilty Plea to the three
(3) Counts in the INFORMATION charging him with Computer Fraud and
Abuse, in violation of 18, U.S.C., § 1030: Aggravated Identity Theft,
in violation of 18, U.S.C., § 1028A(a)(1). In advising Agarwal to
plead guilty, counsel did not advise Agarwal that he had a Speedy
Trial Act right to "mandatory" dismissal of all charges.

PAE-AO 243 (Rev. 05/2018)                                                                                    Page 7

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?    Yes ☐    No ☒

    (2) If you answer to Question (c)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed: _____

        _____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

        _____

        _____

    (3) Did you receive a hearing on your motion, petition, or application?    Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?    Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?    Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

        Name and location of the court where the appeal was filed: _____

        _____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

        _____

        _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal

        or raise this issue: _____

        _____

        _____

        _____

        _____

**GROUND TWO:** GUILTY PLEA WAS NOT KNOWINGLY, VOLUNTARILY, AND INTELLIGENTLY ENTERD

**(a)** Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Agarwal was not, also, advised by the Court, nor his Attrorney, that he had a "mandatory" right to dismissal of all charges but by pleading Guilty, he was "waiving" his right to dismissal of the charges under

PAE-AO 243 (Rev. 05/2018)

the Speedy Trial Act of 1974 because the Government failed to bring
an Indictment or Information within the "30-Day" period required under
the Act.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective Counsel

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?    Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    Yes ☐        No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?   Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

PAE-AO 243 (Rev. 05/2018)

(3) Did you receive a hearing on your motion, petition, or application?    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal
or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

**(c)  Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?   Yes ☐     No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?            Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application?       Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?   Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal
or raise this issue: _____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so,
which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

Grounds One and Two.   Initial 2255 Motion.

_____

_____

_____

_____

PAE-AO 243 (Rev. 05/2018)                                                                Page 12

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?                                                          Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing: Terry Webb, Esq.
                                Attorney At Law
                                Morristown, N.J.
(b) At the arraignment and plea: _____ (Same as above)

_____

(c) At the trial: _____ Samuel M. Braverman, Esq.,
                             Attorney At Law
                             225 Boradway, Suite 715, New York, N.Y. 1007

(d) At sentencing: _____ Same as above

_____

(e) On appeal: _____ Tor B. Ekeland, Esq.,
                          Attorney At Law
                          30 Wall Street, 8th Floor, New York, N.Y. 10005

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?                                                                       Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

PAE-AO 243 (Rev. 05/2018)                                                                     Page 13

 

(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the other sentence: _____

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the
     judgment or sentence to be served in the future?                        Yes ☐    No ☐

17.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
     must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar
     your motion.[1]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

[1] 28 U.S.C. § 2255(f), provides that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the
latest of

    (1)  the date on which the judgment of conviction became final;

    (2)  the date on which the impediment to making a motion created by governmental action in violation of
         the Constitution or laws of the United States is removed, if the movant was prevented from making
         such a motion by such governmental action;

    (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has
         been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
         review; or

    (4)  the date on which the facts supporting the claim or claims presented could have been
         discovered through the exercise of due diligence.

PAE-AO 243 (Rev. 05/2018)                                                                                          Page 14

Therefore, movant asks that the Court grant the following relief: _____

   Vacate Conviction and Sentence and Dismiss INFORMATION with prejudice.

_____

or any other relief to which movant may be entitled.


                                              _____
                                                   *Signature of Attorney (if any)*


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and
correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

_April 27, 2023_____.
       *(month, date, year)*


Executed (signed) on _April 27, 2023_____
                               *(date)*


                                              _____
                                                   *Signature of Movant*


If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion.

_____

_____

_____