Ankur Agarwal
FORT DIX FEDERAL CAMP
P.O. BOX 2000
Joint Base MDL, N.J. 08640

Trenton PDOR NJ 086
MON 01 MAY 2023 PM

Clerk,
UNITED STATES DISTRICT COURT
District of New Jersey
50 Walnut Street, Room 4015
Newark, N.J. 07102

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 MAY -4  P 12: 13

