UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANKUR AGARWAL | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 23-cv-02479 (SDW) |
| UNITED STATES OF AMERICA | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Anthony Torntore (anthony.torntore@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
Acting United States Attorney

By:  ANTHONY TORNTORE
Assistant U.S. Attorney

Dated:   May 23, 2023