

Ankur Agarwal
Reg #71563-050, PO BOX 2000
Ft Dix Satellite Camp
FORT DIX, NJ 08640
United States

XRAYED

Court Clerk
US District Court
District of New Jersey
MLK, Jr Federal Bldg & US Courthouse
50 Walnut St
Newark, NJ    07101