UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Civ. No. 23-2479 |
| v. | : | |
| ANKUR AGARWAL | : | SUBSTITUTION OF ATTORNEY |
| | : | |

      PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Clara Kim, Assistant U.S. Attorney (clara.kim@usdoj.gov), in substitution for Matthew F. Nikic, Assistant U.S. Attorney, who previously appeared in this matter.

                                         PHILIP R. SELLINGER
                                         United States Attorney

                                         s/ Clara Kim

                                         By:  Clara Kim
                                         Assistant U.S. Attorney

Dated: June 21, 2023