UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANKUR AGARWAL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 23-2479 (SDW)<br><br><br>ORDER |

This matter comes before the Court upon the request for an extension of time to file a reply brief in this proceeding under 28 U.S.C. § 2255 by Petitioner Ankur Agarwal. (ECF No. 10). For good cause shown, this Court will grant Petitioner an additional 45 days to file his reply brief. A habeas petitioner may not raise new claims in a reply brief. *See*, *e.g.*, *McNeil v. Johnson*, No. CV 18-10003 (SDW), 2019 WL 3805118, at *1 (D.N.J. Aug. 12, 2019). Pursuant to Local Civil Rule 7.2(b), the page limit for a reply brief is fifteen (15) pages.

IT IS on this  13th  day of  November  2023,

**ORDERED** that Petitioner may file and serve a reply brief within 45 days from the date of this Order (ECF No. 10); and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail.

_____
Hon. Susan D. Wigenton
United States District Judge