Certificate of Service

Court Clerk

United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Bldg and US Courthouse
50 Walnut Street
Room 4015
Newark, New Jersey 07102

Certified Mail Number:
7019 0700 0001 1873 4835

US Attorney's Office

Clara Kim, AUSA
970 Broad Street
Suite 700
Newark, New Jersey 07102

via First Class Mail

Respectfully submitted,

*/s/ Ankur Agarwal*

Ankur Agarwal, pro se
Reg. #71563-050
FCI Ft. Dix Satellite Camp
PO Box 2000
Joint Base MDL, NJ 08640

Date: December 15, 2023