

ANKUR AGARWAL
REG # 71583-050
FCI FT DIX SATELLITE CAMP
PO BOX 2000
JOINT BASE MDL, NJ 08640

RECEIVED
DEC 22 2023
AT 8:30 11:20 AM
CLERK, U.S. DISTRICT COURT - BAH

X-RAY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MLK, JR FEDERAL BLDG AND US COURTHOUSE
50 WALNUT ST
ROOM 4015
NEWARK, NJ 07102