UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANKUR AGARWAL,** | Civil Action No. 23-2479 (SDW) |
| Petitioner, | |
| v. | ORDER |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

This matter comes before the Court upon Petitioner's motion: (1) for leave to file an amended § 2255 petition; (2) to file an overlength reply brief; (3) for leave to file exhibits in support of the reply brief; and (4) for an extension of time. (ECF No. 12). For good cause shown:

**IT IS** on this <u>3rd</u> day of <u>January</u> 2024,

**ORDERED** that Petitioner's motion is (ECF No. 12) **GRANTED** as follows; Petitioner may file an amended § 2255 motion within 21 days of the date of entry of this Order, without prejudice to any defenses Respondent may assert; and it is further

**ORDERED** that Respondent shall file an answer to the amended § 2255 motion, within 30 days of the date of service; and it is further

**ORDERED** that Petitioner shall have 30 days to file a reply brief to Respondent's answer to the amended § 2255 motion; Petitioner may file a reply brief, with a maximum of 30 pages, exclusive of any exhibits that are responsive to Respondent's answer; Petitioner may filed exhibits; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Petitioner by regular mail and by Respondent electronically.

                                                                         _____
                                                                         Hon. Susan D. Wigenton
                                                                         United States District Judge