Ankur Agarwal
0 , Reg #71563-050,  PO BOX 2000
FCI Ft Dix Satellite Camp
FORT DIX, NJ 08640
United States



COURT CLERK
US DISTRICT CT
DISTRICT OF NEW JERSEY
MLK, JR FEDERAL BLDG AND US COURTHOUSE
50 WALNUT ST
ROOM 4015
NEWARK, NJ  07102