UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANKUR AGARWAL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 23-2479 (SDW)<br><br><br>ORDER |

This matter comes before the Court upon Petitioner's "Motion to Supplement § 2255" received by the Court on January 23, 2024.  (ECF. No. 14).  This motion is moot because this Court granted Petitioner leave to file an amended or supplemental § 2255 motion by order dated January 3, 2024.[1]  (ECF No. 13).  Petitioner has now submitted his supplemental § 2255 motion, which incorporates the claims raised in his amended § 2255 motion (ECF No. 4) and adds two additional claims.  (ECF No. 14 at 3-6).  Therefore, this Court will direct Respondent to file a supplemental answer to Petitioner's supplemental § 2255 motion.

**IT IS** on this  30th  day of    January   2024,

**ORDERED** that Petitioner's "Motion to Supplement § 2255" is denied as moot; and it is further

**ORDERED** that, within 30 days of the date of entry of this Order, Respondent shall file a supplemental answer to Petitioner's supplemental § 2255 motion (ECF No. 14 at 4-19); and it is further

---

[1] This Court did not make any findings on the timeliness of Petitioner's supplemental claims, and noted Respondent could assert any affirmative defenses to the supplemental claims.  (ECF No. 13).

**ORDERED** that, within 30 days of the service and filing of Respondent's supplemental answer, Petitioner may file a reply brief; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Petitioner by regular mail, and on Respondent electronically.

_____
Hon. Susan D. Wigenton
United States District Judge